```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DARRYL (WEST) DEWS, | : | CIVIL ACTION |
| | : | NO. 20-5135 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| ERIC TICE et al. | : | |
| | : | |
| Respondents. | : | |

# **O R D E R**

**AND NOW**, this **31st** day of **October, 2022,** upon consideration of the pro se 28 U.S.C. § 2254 petition for writ of habeas corpus filed by Petitioner Darryl (West) Dews (ECF No. 2), the Respondents' Response in Opposition (ECF No. 9), Petitioner's Reply (ECF No. 10), the available state record, the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (ECF No. 11), Petitioner's Objections thereto (ECF No. 13), the Respondents' Response to Petitioner's Objections (ECF No. 15), and Petitioner's Reply (ECF No. 17), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's objections are **OVERRULED**;

3. The petition for a writ of habeas corpus is **DENIED AND DISMISSED with prejudice;**

4. A certificate of appealability **SHALL NOT** issue, in that Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. See

28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); and

    5.   The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

        **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO,   J.**